**Motion Denied and Order filed November 3, 2022.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-22-00286-CR
NO. 14-22-00287-CR
_____

**BRADY JOSEPH RAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th District Court
Harris County, Texas
Trial Court Cause Nos. 1736075 and 1736077**

## ORDER

In both of these appeals, appellant is represented by appointed counsel, Mandy Miller. Appellant's brief was originally due **July 18, 2022.** We have granted a total of 90 days to file appellant's brief until September 30, 2022. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed by the due date. On October

4, 2022, a late brief notice was sent. No response was filed by the due date of October 14, 2022. On October 17, 2022, counsel filed a further motion to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

We order Mandy Miller to file a brief with the clerk of this court in each of these appeals **on or before November 17, 2022**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating these appeals and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Wise, Jewell and Poissant.